**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 00-CV-1890 DWF/AJB**

| | |
|---|---|
| Eugene T. Barry, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Equifax Risk Management Services, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# ORDER

Pursuant to a written stipulation entered into between the parties hereto stating that the above-entitled action against defendant Equifax Risk Management Services has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the plaintiff against Equifax Risk Management Services are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that each of the parties shall bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

This 25th day of April, 2001.

Judge of the District Court

FILED APR 25 2001
FRANCIS E DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 00-CV-1890 DWF/AJB**

Eugene T. Barry, )
)
Plaintiff, )
)
v. )
)
Equifax Risk Management Services, )
)
Defendant. )
)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the plaintiff against defendant Equifax Risk Management Services ("Equifax"), are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of plaintiff under his Complaint against Equifax has been fully settled and that the effect of this Stipulation will be to dismiss the entire action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 21st day of April, 2001.

FILED APR 25 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

EUGENE T. BARRY

By:______________________________

Thomas J. Lyons, Jr., Esq.
Consumer Justice Center, P.A.
*Peter F. Barry, Esq.
The Barry Law Office, Ltd.
342 E. County Rd., D
Little Canada, MN 55117

Attorneys for Plaintiff

EQUIFAX RISK MANAGEMENT SERVICES

By:______________________________

Lewis P. Perling, Esq. (admitted *pro hac vice*)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorney for Defendant Equifax Risk Management Services